ORDERED ACCORDINGLY.

Dated: November 9, 2015



George B. Nielsen, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SRJ CONSTRUCTION & DESIGN, L.L.C.,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:14-bk-06866-GBN<br><br>**ORDER GRANTING CREDITOR BRODY'S MOTION TO DETERMINE THAT STATE COURT CLAIMS AGAINST NON-DEBTORS WERE NOT EXTINGUISHED BY SETTLEMENT AGREEMENT AND DENYING CROSS MOTION** |

THIS MATTER COMES BEFORE THE COURT pursuant to *Creditor Brody's Motion to Determine that State Court Claims Against Non-Debtors Were Not Extinguished by Settlement Agreement* (the "Motion") filed by Brody Family Investments Limited Partnership ("BFI") (Doc. 154), creditors and parties-in-interest in the above-captioned Chapter 7 bankruptcy case. Having reviewed the Motion and all responses, replies and cross-motions related thereto, having heard the oral arguments of counsel, and for good cause shown,

IT IS HEREBY ORDERED as follows:

A. BFI's Motion is GRANTED in its entirety, and any cross-motions filed by Scott R. Jung, Suzanne P. Jung, SRJ Development, LLC, SRJ Ventures, LLC and/or JRS Consulting, Inc. are denied;

1

1  B. None of the claims contained in BFI's presently pending complaint in Maricopa County Superior Court Cause No. CV2014-0078912 are or were extinguished in any part by the settlement agreement previously approved by this Court on March 19, 2015 (Doc. 103); and

C. None of the claims contained in BFI's proposed First Amended Complaint filed with the Superior Court on August 11, 2015 are or were extinguished in any part by the settlement agreement previously approved by this Court on March 19, 2015 (Doc. 103)

**SIGNED AND DATED ABOVE.**