**STOOPS, DENIOUS, WILSON & MURRAY, P.L.C.**
Thomas A. Stoops, #004620
350 E. Virginia Avenue, Suite 100
Phoenix, Arizona 85004-1216
(602) 274-7700
(602) 274-6708 facsimile
tstoops@stoopsazlaw.com

Attorney for Parties to Settlement

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| SRJ CONSTRUCTION & DESIGN, LLC, | Case No.: 2:14-bk-06866 GBN |
| Debtor. | **STIPULATION RE AMENDED ORDER** |

Scott R. Jung and Suzanne P. Jung, husband and wife, SRJ Ventures, LLC, an Arizona limited liability company, SRJ Development, LLC, an Arizona limited liability company ("Non-Debtor Parties to Settlement"), by and through undersigned counsel, Thomas A. Stoops, Debtor, SRJ Construction & Design, LLC, by and through undersigned counsel, Larry D. Hirsch, and Creditor Brody Family Investments, LLC, by and through undersigned counsel, Brian Weinberger, hereby stipulate as follows:

The attached form of Amended Order Granting Creditor Brody's Motion to Determine That State Court Claims Against Non-Debtors Were Not Extinguished by Settlement Agreement and Denying Cross Motion shall be substituted for Order (Doc. 173) signed by this Court on November 9, 2015.

The Objection to Form of Order and Request to Amend Order (Doc. 174) filed by the Non-Parties to Settlement on November 10, 2015 is withdrawn.

RESPECTFULLY SUBMITTED this 12th day of November, 2015.

        **STOOPS, DENIOUS, WILSON & MURRAY, P.L.C.**

By: /s/ Thomas A. Stoops
    Thomas A. Stoops
    Attorney for Non-Parties to Settlement

**PARKER SCHWARTZ, PLLC**

By: /s/ Lawrence D. Hirsch
    Larry D. Hirsch
    Attorney for Debtor

**FREEMAN HUBER LAW, PLLC**

By: /s/ Brian Weinberger
    Brian Weinberger
    Attorney for Creditor Brody Family Investments, L.P.

ORIGINAL filed via the CM/ECF Electronic
Notification System on November 12, 2015 to
All parties that have requested ECF notification
in the Bankruptcy Case.

COPIES of the foregoing served the 12th day
of November, 2015 via email and/or First
Class U.S. Mail on the following parties:

Brian A. Weinberger
Freeman Huber Law PLLC
6909 East Main Street
Scottsdale, AZ 85251
Brian@fhlawaz.com
mailto:Brian@fhlawaz.com
*Attorneys for Creditor Brody Family Investments Limited Partnership*

2

Case 2:14-bk-06866-GBN   Doc 175   Filed 11/12/15   Entered 11/12/15 15:22:51   Desc
Main Document    Page 2 of 5

| | |
|---|---|
| 1 | Michael A. Jones |
| | Allen, Sala & Bayne, PLC |
| 2 | 1850 N. Central Avenue, Suite 1150 |
| 3 | Phoenix, AZ 85004 |
| | mjones@ambazlaw.com |
| 4 | *Attorneys for Ross and Dayna Kloeber* |
| 5 | |
| | Terry A. Dake |
| 6 | TERRY A. DAKE, LTD. |
| | 20 E. Thomas Road, Suite 2200 |
| 7 | Phoenix, Arizona 85012-3133 |
| | tdake@cox.net |
| 8 | mailto:tdake@cox.net |
| 9 | *Attorney for Robert A. MacKenzie,* |
| | *Chapter 7 Trustee* |
| 10 | |
| 11 | Lawrence D. Hirsch |
| | Parker Schwartz, PLLC |
| 12 | 7310 N. 16th St. Suite 330 |
| | Phoenix, Az. 85020 |
| 13 | lhirsch@psazlaw.com |
| 14 | mailto:lhirsch@psazlaw.com |
| | *Attorneys for Debtor* |
| 15 | |
| | Patrick T. Derksen |
| 16 | Alysse M. Medina |
| 17 | May, Potenza, Baran & Gillespie, P.C. |
| | 201 North Central Avenue, 22nd Floor |
| 18 | Phoenix, AZ 85004-0608 |
| | pderksen@maypotenza.com |
| 19 | amedina@maypotenza.com |
| 20 | *Attorneys for SAS Construction Holdings* |
| | *LLC and Robert B. Schwab* |
| 21 | |
| | Robert J. Spurlock |
| 22 | Bonnett, Fairbourn, Friedman & Balint, P.C. |
| 23 | 2325 E. Camelback Rd., Ste. 300 |
| | Phoenix, AZ 85016-3422 |
| 24 | bspurlock@bffb.com |
| | *Attorneys for The Good Life Realty, LLC* |
| 25 | |
| 26 | |
| | By: /s/ Debra Martin |
| 27 | |
| 28 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SRJ CONSTRUCTION & DESIGN, L.L.C.,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:14-bk-06866-GBN<br><br>**AMENDED ORDER GRANTING CREDITOR BRODY'S MOTION TO DETERMINE THAT STATE COURT CLAIMS AGAINST NON-DEBTORS WERE NOT EXTINGUISHED BY SETTLEMENT AGREEMENT AND DENYING CROSS MOTION** |

THIS MATTER COMES BEFORE THE COURT pursuant to *Creditor Brody's Motion to Determine that State Court Claims Against Non-Debtors Were Not Extinguished by Settlement Agreement* (the "Motion") filed by Brody Family Investments Limited Partnership ("BFI") (Doc. 154), creditors and parties-in-interest in the above-captioned Chapter 7 bankruptcy case. Having reviewed the Motion and all responses, replies and cross-motions related thereto, having heard the oral arguments of counsel, and for good cause shown,

IT IS HEREBY ORDERED as follows:

A. BFI's Motion is GRANTED in its entirety, and any cross-motions filed by Scott R. Jung, Suzanne P. Jung, SRJ Development, LLC, SRJ Ventures, LLC and/or JRS

1

Consulting, Inc. (collectively "Non-Debtors") are denied;

    B.    None of the claims contained in BFI's presently pending complaint in Maricopa County Superior Court Cause No. CV2014-0078912 are or were extinguished in any part by the settlement agreement previously approved by this Court on March 19, 2015 (Doc. 103); and

    C.    None of the claims contained in BFI's proposed First Amended Complaint filed with the Superior Court on August 11, 2015 are or were extinguished in any part by the settlement agreement previously approved by this Court on March 19, 2015 (Doc. 103).

FURTHER ORDERED upon the stipulation of counsel that:

    1.    Any successor liability, alter ego or fraudulent conveyance claims against the Non-Debtors that are derivative of claims against or liabilities of the Debtor that arose prior to the filing of the Petition in this case were extinguished by the settlement; and

    2.    All other claims against the Non-Debtors, including but not limited to claims that (a) one or more of the Non-Debtors is the alter ego of Scott Jung and/or that (b) one or more of the corporate Non-Debtors is the alter ego of another corporate Non-Debtor, remain extant and were not extinguished by the settlement.

**SIGNED AND DATED ABOVE.**